IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

GLORIA ARNETTA BUNCH                                                                    PLAINTIFF

v.                                            4:21-CV-00432-BRW

GWATNEY BUICK GMC, *ET AL.*                                                         DEFENDANTS

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff is attempting to bring a federal case based on allegations that Defendants "criminally assessed Plaintiff's credit report without permission; illegally made Plaintiff a buyer of a vehicle; [and] took advantage of [an] incompetent daughter . . . ."[2] First, this Court lack jurisdiction because Plaintiff has established neither federal question jurisdiction nor diversity jurisdiction. Second, Plaintiff's Complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 20th day of May, 2021.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.

1